# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SHERRIE L. ZUBER, | ) | 15 CV 10976 |
| | ) | |
| Plaintiff, | ) | Hon. James B. Zagel |
| | ) | |
| v. | ) | |
| | ) | |
| BAYVIEW LOAN SERVICING, LLC, KOVITZ SHIFRIN NESBIT, A PROFESSIONAL CORPORATION, MANOR HOMES OF SPRING LAKE CONDOMINIUM ASSOCIATION NO. 2, BANK OF AMERICA, N.A., AND AMERICAN COMMUNITY MANAGEMENT INC. A/K/A ACM COMMUNITY MANAGEMENT, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, Sherrie L. Zuber ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Dismissal, states as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses his claims against the Defendant, BANK OF AMERICA, N.A., only, without prejudice and with leave to reinstate through May 16, 2016. After May 16, 2016, the dismissal shall become with prejudice. Each party shall bear its own costs and attorney fees.

Dated: April 4, 2016

Respectfully Submitted,

/s/ Paul M. Bach
Paul M. Bach
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630) 575-8181
Fax: (630) 575-8188
paul.bach@sulaimanlaw.com